**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25417-GAYLES**

**PNC BANK, N.A.,**

**Plaintiff,**

**v.**

**FORETAG D.S.M. CORP.,**
**ANGELICA SEIPLAX,**

**Defendants.**
______________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiff PNC Bank, N.A.'s ("Plaintiff") Motion for Entry of Final Default Judgment ("Motion"). [ECF No. 12]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On August 11, 2026, Plaintiff filed this action against Defendants Foretag D.S.M. Corp., a Florida corporation, and Angelica Seiplax, an individual, (together "Defendants") alleging claims for breach of agreement and breach of guaranty. [ECF No. 1].

2. On August 13, 2026, Plaintiff served Defendants with the Summons and Complaint. [ECF No. 6]. Defendants failed to timely answer or otherwise respond to the Complaint.

3. On September 4, 2026, on Plaintiff's motion, [ECF No. 9], the Clerk entered a default against Defendants. [ECF No. 10].

4. On September 11, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendants. [ECF No. 12].

5. As a result of Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for breach of agreement and breach of guaranty.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 12], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**