**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25417-GAYLES**

**PNC BANK, N.A.,**

**Plaintiff,**

**v.**

**FORETAG D.S.M. CORP.,**
**ANGELICA SEIPLAX,**

**Defendants.**
_____________________________/

# DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff PNC Bank, N.A.'s ("Plaintiff") Motion for Entry of Final Default Judgment ("Motion"). [ECF No. 12]. The Court granted the Motion in a separate Order. [ECF No. 13]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Default Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff is entitled to Default Final Judgment against Defendants Foretag D.S.M. Corp. and Angelica Seiplax for damages in the amount of **$102,309.78**, inclusive of: (a) $95,525.71 in unpaid principal; (b) $6,500.61 in accrued and unpaid interest to September 11, 2026; and (c) $283.46 in associated charges. Plaintiff is also entitled to post-judgment interest, which shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

2. Plaintiff shall file its motion for attorney's fees and costs pursuant to Fed. R. Civ. P. 54(d)(2) within fourteen (14) days of entry of this Judgment.

3. Defendant Foretag D.S.M. Corp. shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments,

and serve it on Plaintiff's attorneys within 45 days from the date of the Default Final Judgment, unless the Default Final Judgment is satisfied or post-judgment discovery is stayed.

4. Defendant Angelica Seiplax shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorneys within 45 days from the date of the Default Final Judgment, unless the Default Final Judgment is satisfied or post-judgment discovery is stayed.

5. This Court retains jurisdiction to determine entitlement to attorney's fees and costs, and to enter an Amended Final Judgment in favor of Plaintiff and against Defendants by separate Order.

6. The case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**