**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-cv-25417**

**PNC BANK, N.A.,**

**Plaintiff,**

**v.**

**FORETAG D.S.M. CORP, and**
**ANGELICA SEIPLAX,**

**Defendants.**

______________________________/

# AMENDED FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Final Default Judgment, [ECF No. 12], the Court's Order Granting Motion for Final Default Judgment, [ECF No. 13], the Final Default Judgment, [ECF No. 14], Plaintiff's Verified Motion for Attorneys' Fees, Expenses, and Costs ("Motion"), [ECF No. 15], and the Court's Order Granting the Motion ("Order"), [ECF No. 16], and the Court, having reviewed the Motion, having entered the Order, having noted that Defendants Foretag D.S.M. Corp. and Angelica Seiplax, (together, "Defendants"), have not filed a response or opposition to the Motion or otherwise appeared in and defended this action, and having otherwise been fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff PNC Bank, N.A., is entitled to default final judgment against Defendants for damages in the total amount of **$111,600.18**, inclusive of: (a) $95,525.71 in unpaid principal; (b) $6,500.61 in accrued and unpaid interest to September 11, 2026; (c) $283.46 in associated charges; (d) $8,726.00 in attorneys' fees; and (e)

$564.40 in attorney costs, which shall bear post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961, for which let execution issue.

2. Defendants shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorneys within 45 days from the date of the Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**